UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **RANDY BRACKINS EL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 5:26-cv-256-LCB |
| | ) |
| **LISA BATES, in her official and individual capacity,** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Kimberly Ford was disbarred from practice in the Northern District of Alabama by order of the Court on January 23, 2026. *Brackins El Private Estate v. White*, 5:25-cv-1568-LCB (N.D. Ala. Sept. 11, 2025), ECF No. 37. However, she continues to file new cases, including this one, purporting to act as an attorney for litigants in those actions. (Doc. 1); *See, e.g.*, *Brackins El v. Bates*, 5:26-cv-167-LCB (N.D. Ala. Feb. 1, 2026); *Brackins El v. Bates*, 5:26-cv-205-LCB (N.D. Ala. Feb. 9, 2026), ECF No. 1. Such filings are in clear disobedience of the Court's previous order disbarring her and ordering her to cease filing cases and pleadings on behalf of others. *White*, 5:25-cv-1568-LCB, ECF No. 37; *Bates*, 5:26-cv-167-LCB, ECF Nos. 2 & 3; Bates, 5:26-cv-205-LCB, ECF No. 6.

Additionally, the Court declared Randy Brackins El to be a vexatious litigant and ordered that he may file a case only with pre-approval from the Court, or where

a complaint is filed by an attorney admitted to practice in this district. *White*, 5:25-cv-1568-LCB, ECF No. 44 at 4–7. Here, he has done neither.

The Court therefore **STRIKES** Brackins El's Complaint (Doc. 1) and **DISMISSES** this case. The Clerk is **DIRECTED** to close this case.

The Court will address by separate order the issue of Ford and Brackins El's disobedience of its prior orders.

**DONE** and **ORDERED** this February 25, 2026.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE